UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HUMBERTO RESTREPO,

        *Petitioner*,

-against-

NATIONAL MAINTENANCE, INC.,

        *Respondent*.

24-CV-4425 (ARR) (RML)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

**OPINION & ORDER**

ROSS, United States District Judge:

On July 31, 2024, I awarded petitioner, *inter alia*, $445 in reasonable costs, representing a $405 filing fee and a $40 service fee for the executed summons. *See* Order 9, ECF No. 11. Because petitioner requested $507.60 in reasonable costs but did not provide documents reflecting those costs in full, I granted petitioner fifteen days to submit documentation reflecting how the additional $62.60 was spent. *Id.* Petitioner has since submitted the requested documentation, see Letter, ECF No. 12, and I accordingly award petitioner an additional $62.60 in reasonable costs. The Clerk of the Court is directed to enter judgment accordingly and close the case.

SO ORDERED.

                                                                                    /s/
                                                          Allyne R. Ross
                                                          United States District Judge

Dated:        August 6, 2024
                 Brooklyn, New York